## Newton L. HAYES v. UNITED STATES of America.

### No. 138.

Circuit Court of Appeals, Tenth Circuit.

July 29, 1929.

L. A. Justus, Jr., of Pawhuska, Okl., for appellant.

John M. Goldesberry, U. S. Atty., of Tulsa, Okl.

Before PHILLIPS, Circuit Judge.

PER CURIAM.

Application denied July 29, 1929.

## John HECK et al., Appellants, v. UNITED STATES of America.

### No. 8642.

Circuit Court of Appeals, Eighth Circuit.

May 10, 1930.

A. M. Cary and W. C. Preus, both of Minneapolis, Minn., for appellants.

Lewis L. Drill, U. S. Atty., of St. Paul, Minn.

PER CURIAM.

Appeal dismissed without costs to either party in this court, on motion of appellants.

## HI-PRESSURE SALES CO., Inc., a Corporation, Appellant, v. ALEMITE MANUFACTURING CORPORATION, a Corporation, Appellee.

### No. 6110.

Circuit Court of Appeals, Ninth Circuit.

June 20, 1930.

Before RUDKIN, DIETRICH, and WILBUR, Circuit Judges.

PER CURIAM.

Pursuant to motion of appellee, it is ordered that the appeal in the above cause be, and hereby is, dismissed for the failure of the appellant to print record and file brief as required by Rules 23 and 24.

## HOCKING VALLEY RAILWAY CO. v. UNITED STATES of America.

### Nos. 5594, 5595.

Circuit Court of Appeals, Sixth Circuit.

April 7, 1930.

Geddes, Schmettau, Williams, Eversman & Morgan, of Toledo, Ohio, and Wilson & Rector, of Columbus, Ohio, for appellant.

Lehr Fess, Asst. U. S. Atty., of Toledo, Ohio.

PER CURIAM.

Dismissed pursuant to stipulation of counsel.

## HOLLAND FURNACE CO. et al., Appellants, v. GLOBE MACHINERY & SUPPLY CO.

### No. 8778.

Circuit Court of Appeals, Eighth Circuit.

April 21, 1930.

Fred L. Chappell, of Kalamazoo, Mich., and Ray C. Fountain, of Des Moines, Iowa, for appellants.

Ralph Orwig, of Des Moines, Iowa, for appellee.

PER CURIAM.

Appeal dismissed without costs to either party in this court, pursuant to stipulation of parties.